UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04215-HDV-E | Date | July 28, 2026 |
| Title | *Bryan Jose Cabrera-Salinas v. Joshua Johnson, Warden, Adelanto ICE Processing Center, et al.* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER ISSUING STAY PUT AND SETTING BRIEFING SCHEDULE RE PETITIONER'S APPLICATION FOR TEMPORARY RESTRAINING ORDER [3]**

Petitioner Bryan Jose Cabrera-Salinas ("Petitioner"), proceeding in pro per, filed a Petition for Writ of Habeas Corpus on July 27, 2026 ("Petition"). [Dkt. 1]. On the same date, Petitioner filed an Emergency Application for Temporary Restraining Order and Preliminary Injunction ("Application"). [Dkt. 3]. In his Application, Petitioner requests that the Court immediately order him released from immigration detention or, in the alternative, provide him with an individualized bond hearing within seven days. *Id.* at 7.

Petitioner is a citizen of Nicaragua who came to the United States in October 2022. Declaration of Bryan Jose Cabrera-Salinas ¶ 2 ("Cabrera-Salinas Decl.") [Dkt. 4]. Petitioner has resided in the U.S. ever since. *Id.*

Petitioner currently has a pending application for asylum. *Id.* ¶ 3. As a pending asylum applicant, he was issued an Employment Authorization Document by USCIS, that is valid from April 10, 2024 through April 9, 2029. *Id.* He also holds a valid California driver's license. *Id.* Prior to his detention, he was lawfully employed as a restaurant manager, and has no criminal record. *Id.* ¶¶ 4–5.

On June 29, 2026, Petitioner was detained at his scheduled ICE check-in appointment. *Id.* ¶ 7. Petitioner did not receive any pre-detention notice, nor did he receive a pre-deprivation hearing. *Id.*

Respondents are ordered to file a response to the Application, which the Court construes as a request for a Preliminary Injunction, by **August 3, 2026**. The Court will hear oral argument on the Application on **August 6, 2026 at 1:30 p.m. Respondents are ordered to ensure that Petitioner is physically present at that hearing.**

In the interim, based on the Court's inherent powers to preserve the status quo, Respondents are hereby ***enjoined*** from deporting Petitioner from the United States and ***enjoined*** from removing Petitioner outside the Central District of California. *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631, 634 (9th Cir. 1985); *United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947); *Belbacha v. Bush*, 520 F.3d 452, 456 (D.C. Cir. 2008).

Respondents are further ordered to disseminate this Order to the immigration agents in charge of processing Petitioner, to place a copy of this Order in **Petitioner Bryan Jose Cabrera-Salinas's A-File (A# 246-053-967) in the Adelanto ICE Detention Facility**, and to provide Petitioner with a physical copy of this Order.

The Court refers the case to the Federal Public Defender ("FPD") for consideration of appointment of counsel for Petitioner. The FPD is ordered to file a response indicating whether they will represent Petitioner in this matter by **August 6, 2026,** or to appear at the hearing. This obligation shall be satisfied if the FPD files a notice of appearance in this case. The Clerk of Court is directed to serve a copy of this order on the FPD.

**IT IS SO ORDERED.**

**cc: Jonathan Aminoff, FPD non-capital habeas chief**