UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 26-04215-HDV(E) Date: August 7, 2026

Title Bryan Jose Cabrera-Salinas v. Joshua Johnson, et al.

Present: The Honorable: Charles F. Eick, United States Magistrate Judge

| T. Snyder for B. Martinez | None |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| None | None |

**Proceedings: (IN CHAMBERS)**

On July 27, 2026, Petitioner, then a detainee of Immigration and Customs Enforcement, filed a “Petition for Writ of Habeas Corpus etc.” (“the Petition”). By an “Order Granting Preliminary Injunction,” filed August 6, 2026, the District Judge granted to Petitioner on an interim basis some of the relief sought in the Petition, including release from detention.

It is ordered that, on or before August 14, 2026, the parties shall show good cause, if there be any, why the Court should not enter a final judgment granting the relief the District Judge granted to Petitioner on an interim basis in the “Order Granting Preliminary Judgment” and otherwise dismissing the Petition without prejudice. Failure timely to respond to this Order may be deemed consent to the entry of such a final judgment.

:00

**Initials of Preparer** ts