**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN JOSE CABRERA-SALINAS,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON, ETC., ET AL.,<br>Respondents. | No. ED CV 26-4215-HDV(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered: (a) requiring Respondents to continue Petitioner's release with no additional conditions of supervision; (b) enjoining Respondents from re-detaining Petitioner without providing him with a pre-deprivation bond hearing at which the Government will bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or a danger to the public; and (c) otherwise dismissing the Petition without prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge’s Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 09/14/________________, 2026.

HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE