JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN JOSE CABRERA-SALINAS,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON, ETC. ET AL.,<br>Respondents. | No. ED CV 26-4215-HDV(E)<br><br>JUDGMENT |

IT IS ADJUDGED that: (a) Respondents are required to continue Petitioner's release with no additional conditions of supervision; (b) Respondents are enjoined from re-detaining Petitioner without providing him with a pre-deprivation bond hearing at which the Government will bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or a danger to the public; and (c) the Petition is otherwise dismissed without prejudice.

DATED: 09/14/_______________, 2026.

HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE